THE NATIONAL BANK OF COMMERCE in New York, Respondent, *v.* THE WHITEMAN PULP AND PAPER COMPANY et al., Respondents, et al., Appellants.

(Argued April 24, 1893; decided May 5, 1893.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 6, 1893, which affirmed an order of Special Term denying a motion by Webster B. Van Nuys, a lienor, to vacate an attachment.

*Fred. W. Noyes* for appellants.

*Frederic A. Ward* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.